**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| OPTION CARE HEALTH INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SPECIALTY RX INC., <br><br> *Defendant*. | Civil No.: 25-cv-9823 (KSH) (MAH) <br><br><br> **ORDER** |

  **THIS MATTER** having come before the Court on Specialty Rx Inc.'s motion to dismiss (D.E. 7); and the Court having considered the parties' submissions (D.E. 7, 10, 11, 12); and for the reasons set forth in the opinion filed herewith,

  **IT IS** on this 30th day of March, 2026,

  **ORDERED** that Specialty Rx Inc.'s motion (D.E. 7) is **GRANTED**; and it is further

  **ORDERED** that the complaint is **DISMISSED WITHOUT PREJUDICE**; and it is further

  **ORDERED** that Option Care Health Inc. may file an amended complaint within 21 days.

*/s/ Katharine S. Hayden*
Katharine S. Hayden, U.S.D.J.
